IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **James Williams Fiatte,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 11-1172-CV-S-JTM |
| ) | |
| **Carolyn W. Colvin,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Pending before the Court is plaintiff's *Application for Attorney's Fees Under The Equal Access To Justice Act*, filed March 18, 2013 [Doc. 31]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application for Attorney's Fees Under The Equal Access To Justice Act*, filed March 18, 2013 [Doc. 31] is **GRANTED**. Accordingly, plaintiff is awarded fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, in the amount of $2,268.50.

                                         */s/ John T. Maughmer*
                                             **John T. Maughmer**
                                    **United States Magistrate Judge**